IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ERNEST TERRELL FRIAR, JR.**                                                     **PLAINTIFF**
**ADC #660122**

v.                                **Case No: 3:24-cv-00178-LPR**

**JACKSON COUNTY PAROLE AND**
**PROBATION BOARD, et al.**                                                **DEFENDANTS**

## ORDER

Plaintiff Ernest Terrell Friar, Jr. filed this *pro se* action without paying the $405 filing fee or submitting an application to proceed *in forma pauperis*.[1] On October 30, 2024, the Court instructed Mr. Friar that, to proceed with this action, he must either pay the filing fee or submit a proper and complete application to proceed *in forma pauperis* within 30 days.[2] The Court also explained that, as a "three-striker," Mr. Friar could proceed *in forma pauperis* only if he amended his complaint to clarify any allegations showing that he was in imminent danger of serious physical injury at the time he filed the complaint.[3] The Court warned Mr. Friar that failure to respond to the Court's Order would result in the dismissal of his case.[4]

Mr. Friar has not complied with or otherwise responded to the October 30, 2024 Order, and the time for doing so has expired.[5] Mr. Friar's Complaint (Doc. 1) is therefore DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2). The Court certifies, pursuant to 28 U.S.C.

---

[1] Compl. (Doc. 1).

[2] Order (Doc. 6).

[3] *Id*.

[4] *Id*. After noting that mail sent to Mr. Friar's last-known address had been returned as undeliverable, the Court also reminded Mr. Friar of his duty to update his address. *Id*.

[5] The file-marked copy of the Court's Order that was mailed to Mr. Friar's last-known address has been returned to the Court as undeliverable. *See* Doc. 7.

§ 1915(a)(3), that an *in forma pauperis* appeal of this Order or the accompanying Judgment would not be taken in good faith.

    IT IS SO ORDERED this 2nd day of January 2025.

                                                                      _____
                                                                        LEE P. RUDOFSKY
                                                                        UNITED STATES DISTRICT JUDGE